IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

KEVIN OVIDIO VILLATORO URQUILLA     )
                 )
      Petitioner,               )
                  )
   v.                       )
                  )     1:25-cv-2253 (AJT-WEF)
JOSEPH SIMON, *et al.*,           )
                  )
      Respondents.         )

## ORDER

Before the Court is Petitioner Kevin Ovidio Villatoro Urquilla's Petition for Writ of Habeas Corpus, [Doc. No. 1] (the "Petition"), filed on December 4, 2025. Petitioner is a citizen of El Salvador, who entered the United States without inspection and has resided here continuously for over two years. [Doc. No. 1] ¶¶ 16, 49, 50. Petitioner lives in Manassas, Virginia. *Id.* ¶ 46. On November 7, 2025, Petitioner was arrested by ICE and transferred to the Farmville Detention Center, where he remains in detention. *Id.* ¶ 1, 47. Petitioner has been charged with being inadmissible under 8 U.S.C. § 1182(a)(6)(A)(i) and thus removable subject to removal proceedings. *Id.* ¶ 48. Petitioner requested a bond hearing but his request was denied by the Immigration Judge. *Id.* ¶ 47.

On December 9, 2025, in response to a Court order, Respondents submitted that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Hernandez v. Crawford*, No. 1:25-CV-01565-AJTWBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025), or the other opinions of this Court cited therein. [Doc. No. 4]. Accordingly, the Court incorporates the filings in *Hernandez* into the record of this habeas action. For the reasons stated in *Hernandez*, the Petition is GRANTED, and it is hereby

**ORDERED** that Respondents provide Petitioner with a bond hearing before an

immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order; and it is further

ORDERED that if Petitioner is granted bond by an Immigration Judge, Respondents are ENJOINED from denying bond to Petitioner, or from invoking the automatic stay provision pursuant to 8 C.F.R. § 1003.19(i)(2); and it is further

ORDERED that Respondents file a status report with this Court within three days of the bond hearing, stating whether Petitioner has been granted bond, and, if his request for bond was denied, the reasons for that denial.

The Clerk is directed to send copies of this Order to all counsel of record.

December 9, 2025
Alexandria, Virginia

Anthony Trenga
Senior U.S. District Judge

2